
## RE: Plaintiffs' Answers to Interrogatories [CNGY-WORKSITE.FID1959347]

**Eric Spengler** <eric@spengleraganslaw.com>                    Fri, Sep 22, 2017 at 10:14 AM
To: "Yarbrough, Jonathan" <JYarbrough@constangy.com>
Cc: "Nolan, Linda" <lnolan@constangy.com>, Andy Fitzgerald <andy@fitzgeraldlitigation.com>

Hi Jonathan,

Circling back on deposition dates. I'm planning on noticing the 30(b)(6) depositions early next week for October 25 in Charlotte. Let me know if you prefer another date.

Thanks,

Eric


**Eric Spengler**
Spengler & Agans, PLLC
1713 East Blvd., Suite B
Charlotte, NC 28203
Direct Dial: (704) 999-8733
Office: (704) 910-5469
Fax: (704) 730-7861
www.spengleraganslaw.com

This electronic message contains information from the law firm of Spengler & Agans, PLLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at eric@spengleraganslaw.com.

On Tue, Sep 5, 2017 at 12:14 PM, Eric Spengler <eric@spengleraganslaw.com> wrote:

Jonathan,

I'm booked with other depositions the 3rd week of October (week of Oct. 16). I could do earlier (Sept 27-29), but that sounds like it won't work for you?

If after your trial, then I'm looking at starting 30b's on Tuesday Oct. 24. Will that work for you? Also, my firm's office in Charlotte is probably not large enough for people to be comfortable for a long day of depositions. Let me know if your client has a preferred location, or else I can find another space.

My plan for the depositions will be to focus on class certification issues and leave for another day questions on liability. This of course will be reflected in the 30b notices, to be filed.

Thanks,

Eric


**Eric Spengler**
Spengler & Agans, PLLC
1713 East Blvd., Suite B
Charlotte, NC 28203
Direct Dial: (704) 999-8733
Office: (704) 910-5469
Fax: (704) 730-7861
www.spengleraganslaw.com

This electronic message contains information from the law firm of Spengler & Agans, PLLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at eric@spengleraganslaw.com.

On Sun, Sep 3, 2017 at 10:16 AM, Yarbrough, Jonathan <JYarbrough@constangy.com> wrote:

Eric –Thanks for sending over. I will review when I can.

Re 30b scheduling. I am currently No 1 or 2 (have not confirmed yet that 1 has gone away) for trial that week in federal court. The earliest I could look at dates would be the 3rd week of October due to trial.

---

**Jonathan W. Yarbrough**
**Partner**

## Constangy, Brooks, Smith & Prophete, LLP
Direct: 828.277.5137 • Mobile: 828.215.3529 • Direct Fax: 828.333.5009
E-mail: JYarbrough@constangy.com •View Bio/VCard • Legal Assistant: Linda Nolan, 828-333-5012
84 Peachtree Road
Suite 230
Asheville, NC 28803
Main: 828.333.4218 • Fax: 828.277.5138

*****

**From:** Eric Spengler [mailto:eric@spengleraganslaw.com]
**Sent:** Saturday, September 2, 2017 6:06 PM
**To:** Yarbrough, Jonathan <JYarbrough@constangy.com>
**Cc:** Nolan, Linda <lnolan@constangy.com>; Andy Fitzgerald <andy@fitzgeraldlitigation.com>
**Subject:** Plaintiffs' Answers to Interrogatories

Jonathan:

Please see attached in *Cape v. Magic*.

Thanks,

Eric

**Eric Spengler**

Spengler & Agans, PLLC

1713 East Blvd., Suite B

Charlotte, NC 28203

Direct Dial: (704) 999-8733

Office: (704) 910-5469

Fax: (704) 730-7861

www.spengleraganslaw.com

This electronic message contains information from the law firm of Spengler & Agans, PLLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at eric@spengleraganslaw.com.

** CONFIDENTIALITY NOTICE **
This communication, including any attachments, is from Constangy, Brooks, Smith & Prophete, LLP, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.