

## RE: Magic One Discovery Responses [CNGY-WORKSITE.FID1959347]

**Eric Spengler** &lt;eric@spengleraganslaw.com&gt;  Mon, May 22, 2017 at 9:28 PM
To: "Yarbrough, Jonathan" &lt;JYarbrough@constangy.com&gt;
Cc: "Rippon, Michelle" &lt;mrippon@constangy.com&gt;, Andy Fitzgerald &lt;andy@fitzgeraldlitigation.com&gt;

Hi Jon,

I received the partial/incomplete discovery responses in today's mail.

Do you have a proposed protective order for our consideration?

We were happy to consent to an extension once on the discovery responses, but they're now past due with the extended 5/18 deadline. Assuming we're able to quickly agree to terms on a protective order, do you know when we can expect discovery responses from the Magic One Affiliates?

I'm afraid we don't have a settlement offer at this time. I'll be honest -- there's a lot of hard feelings on my side from these guys about how they were treated by the company (as evidenced, in part, by the number of representative plaintiffs to step forward). I don't see the case settling before a hearing on class cert. I'll let you know if that changes.

My apologies again on the novel of a Complaint-- wasn't trying to make your life more difficult than necessary, just got carried away with trying to be thorough.

Let me know if you'd like to discuss -- I'm around this week. We can hold off on filing a motion to compel if we get your assurances on a reasonable date certain for the rest of what was asked for in discovery.

Thanks,

Eric

**Eric Spengler**
Spengler & Agans, PLLC
1713 East Blvd., Suite B
Charlotte, NC 28203
Direct Dial: (704) 999-8733
Office: (704) 910-5469
Fax: (704) 730-7861
www.spengleraganslaw.com

This electronic message contains information from the law firm of Spengler & Agans, PLLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at eric@spengleraganslaw.com.

On Mon, May 22, 2017 at 2:27 PM, Yarbrough, Jonathan &lt;JYarbrough@constangy.com&gt; wrote:

> Hi Eric and Andy – I am sure Michelle will chime in but we sent responses to all except the affiliates. Since you are asking for confidential information we want a protective order. Also, I had asked you some time ago about a settlement (in hopes of not having to respond to that novel you wrote). If there is one to be had, shoot me the number/basis.
>
>
> Jon

Jonathan W. Yarbrough
**Partner**

**Constangy, Brooks, Smith & Prophete, LLP**
Direct: 828.277.5137 • Mobile: 828.215.3529 • Direct Fax: 828.333.5009
E-mail: JYarbrough@constangy.com •View Bio/VCard • Legal Assistant: Linda Nolan, 828-333-5012
84 Peachtree Road
Suite 230
Asheville, NC 28803
Main: 828.333.4218 • Fax: 828.277.5138

*****

**From:** Eric Spengler [mailto:eric@spengleraganslaw.com]
**Sent:** Monday, May 22, 2017 2:26 PM
**To:** Rippon, Michelle <mrippon@constangy.com>
**Cc:** Yarbrough, Jonathan <JYarbrough@constangy.com>; Andy Fitzgerald <andy@fitzgeraldlitigation.com>
**Subject:** Re: Magic One Discovery Responses

Hi Michelle,

Thanks for the update re: discovery responses. I'm just now playing catch-up on emails after being out of the office last week.

Can you provide an update on where things stand? I don't believe we've received responses as of yet. That said, I haven't received today's mail yet, so my apologies if we just crossed wires.

Best,

Eric

**Eric Spengler**

Spengler & Agans, PLLC

1713 East Blvd., Suite B

Charlotte, NC 28203

Direct Dial: (704) 999-8733

Office: (704) 910-5469

Fax: (704) 730-7861

www.spengleraganslaw.com

This electronic message contains information from the law firm of Spengler & Agans, PLLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at eric@spengleraganslaw.com.

On Wed, May 17, 2017 at 3:42 PM, Rippon, Michelle <mrippon@constangy.com> wrote:

> I have been working with Jon on the responses to your discovery requests. We will provide you with as much as we can by the end of the week. Many of the documents will be produced subject to a Protective Order. I am in the process of preparing the documentation for that and am hoping that you will have no objections. Of course, we can work out any wording that you would like to include.
>
> **Michelle Rippon**
> **Of Counsel**
>
> Direct: 828.333.5010 • Mobile: • Direct Fax: 828.333.5011
> E-mail: mrippon@constangy.com
> 84 Peachtree Road
> Suite 230
> Asheville, NC 28803
> Main: 828.333.4218 • Fax:
>
> 
>
> http://www.constangy.com
>
> Alabama • California • Colorado • Florida • Georgia
> Massachusetts • Minnesota • Missouri • New Jersey • New York
> North Carolina • South Carolina • Tennessee • Texas • Virginia
> *****
>
> ** CONFIDENTIALITY NOTICE **
> This communication, including any attachments, is from Constangy, Brooks, Smith & Prophete, LLP, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.
>
> IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

** CONFIDENTIALITY NOTICE **
This communication, including any attachments, is from Constangy, Brooks, Smith & Prophete, LLP, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.