# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00686-FDW-DSC

| | |
|---|---|
| **CHARLES TONY CAPE, et. al.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**MAGIC ONE ARS, INC., et al.,** )<br>)<br>**Defendants.** )  | **ORDER** |

**THIS MATTER** is before the Court on Plaintiffs' "Motion to Extend Discovery" (document #45) filed October 17, 2017 and "Defendants' Motion for Protective Order" (document #49) filed October 18, 2017, as well as the parties' associated briefs and exhibits.

Plaintiffs seek to extend the class certification deadline, which expired prior to the filing of their Motion. Plaintiffs assert that they were unable to complete class certification discovery within the schedule set by the Court.

Defendants seek a protective order staying Plaintiffs' Rule 30(b)(6) depositions until after the Court rules on their "Motion to Strike Class Allegations and Dismiss Class Claims for Failure to Timely Move for Certification" (document #47). The Motion to Strike is pending before Chief Judge Frank D. Whitney.

For the reasons stated in Defendants' briefs, Plaintiffs' "Motion to Extend Discovery" (document #45) is <u>denied</u> and "Defendants' Motion for Protective Order" (document #49) is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: November 30, 2017

David S. Cayer
United States Magistrate Judge